In the Matter of MARGARET HILER, Respondent, v BOARD OF EDUCATION OF THE BYRON-BERGEN CENTRAL SCHOOL DISTRICT, Appellant. (Appeal No. 1.) [803 NYS2d 495]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered July 1, 2004 in a proceeding pursuant to CPLR article 78. The order, inter alia, granted the petition to the extent of directing respondent to provide petitioner copay benefits equivalent to active employees.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see CPLR 5701 [b] [1]). Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

In the Matter of MARGARET HILER, Respondent, v BOARD OF EDUCATION OF THE BYRON-BERGEN CENTRAL SCHOOL DISTRICT, Appellant. (Appeal No. 2.) [804 NYS2d 283]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered August 4, 2004 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, granted the petition to the extent of directing respondent to provide petitioner copay benefits equivalent to active employees.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.